Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JUAN FRANCISCO MENDOZA MENDEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN FRANCISCO MENDOZA MENDEZ, <br><br> Plaintiff, <br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security. <br><br> Defendant. | Case No.: 2:17-cv-00332-AC <br><br> STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT <br><br> (FIRST REQUEST) |

Plaintiff Juan Francisco Mendoza Mendez and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from July 20, 2017, to August 21, 2017, for Plaintiff to file a Motion for Summary Judgment, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel has had hearings daily since late June 2017. Counsel has tried to complete and handle several motions per week to little avail. Counsel has canceled her family vacation next week in an effort to catch up on the motions

-1-

pending and already continued. With this motion, counsel was out of the office last week on hearings and only briefly in the office on Friday due to family matters and out Monday and Tuesday of this week hearings. Today, Wednesday, counsel was involved in telephonic conference with the court and now must go to San Diego for a hearing. Counsel respectfully and in good faith requests an additional 30 days to complete this motion. Counsel has requested this continuance as soon as she is able and in good faith.

DATE: July 26, 2017            Respectfully submitted,

                               LAWRENCE D. ROHLFING

                               /s/ *Denise Bourgeois Haley*
                       BY: _____
                               Denise Bourgeois Haley
                               Attorney for plaintiff
                               Juan Francisco Mendoza Mendez

DATE:  July 26, 2017           PHILLIP A. TALBERT
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel
                               Social Security Administration


                               /s/ *Donna W. Anderson*
                       BY: _____
                               Donna W. Anderson
                               Special Assistant United States Attorney
                               Attorneys for defendant Nancy A. Berryhill
                               |*authorized by e-mail|

   IT IS SO ORDERED.

DATED:   July 28, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-2-