Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JUAN FRANCISCO MENDOZA MENDEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCISCO MENDOZA MENDEZ<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security.<br><br>Defendant. | Case No.: 2:17-cv-00332-AC<br><br>STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(FIRST REQUEST) |

Plaintiff Juan Francisco Mendoza Mendez and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from August 21, 2017 to September 21, 2017 for Plaintiff to file a Motion for Summary Judgment, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's second and last request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel has had

-1-

back to back hearings and had to cancel a family vacation just to address three motions that could wait no longer. Counsel currently has 13 overdue motions as of today and is doing all she can do complete and file as many as possible. Counsel's hearing schedule is significantly lighter for September and counsel will get these and the 11 that are due in the month of September currently. Counsel requests this extension in good faith.

DATE: August 25, 2017           Respectfully submitted,

                                            LAWRENCE D. ROHLFING

                                            /s/ *Denise Bourgeois Haley*

                             BY: _____
                                  Denise Bourgeois Haley
                                  Attorney for plaintiff
                                  Juan Francisco Mendoza Mendez

DATE:  August 25, 2017           PHILLIP A. TALBET
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel
                                        Social Security Administration

                                           /s/ *Donna W. Anderson*
                             BY: _____
                                  Donna W. Anderson
                                  Special Assistant United States Attorney
                                  Attorneys for defendant Nancy A. Berryhill
                                  |*authorized by e-mail|

DATED:  August 29, 2017

IT IS SO ORDERED:           _____
                                UNITED STATES MAGISTRATE JUDGE