Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JUAN FRANCISCO MENDOZA MENDEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCISCO MENDOZA MENDEZ<br><br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security.<br>Defendant. | Case No.: 2:17-cv-00332-AC<br><br>STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(THIRD REQUEST) |

Plaintiff Juan Francisco Mendoza Mendez and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from September 21, 2017 to October 6, 2017 for Plaintiff to file a Motion for Summary Judgment, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's third request. Counsel has a continuing roll of 14 overdue motions and this motion is at the top of the roll after completion of a motion today. Counsel has worked zealously trying to get this done but cannot do so before the date and is requesting a two

week extension. Counsel only one hearing next week and will finish the current motion by today starting this motion by Friday. Counsel apologizes profusely for the extensions requested and is thankful for the court's and counsel's courtesy in this matter. Counsel's case load remains over extended due to the loss of an attorney last July with four replacements coming and going. Counsel's firm continues to try to rectify this matter. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: September 21, 2017      Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY: _____
Denise Bourgeois Haley
Attorney for plaintiff
Juan Francisco Mendoza Mendez

DATE: September 21, 2017      PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Donna W. Anderson*

BY: _____
Donna W. Anderson
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED: September 25, 2017

**IT IS SO ORDERED**: _____
UNITED STATES MAGISTRATE JUDGE