PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JUAN F. MENDOZA MENDEZ, ) | Case No. 2:17-cv-00332 AC |
| ) | |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
|         v. ) | ORDER FOR AN EXTENSION OF |
| ) | TIME |
| NANCY A. BERRYHILL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until December 21, 2017. This is Defendant's first request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the government's

1

position due to a recent relocation, planned leave in November, and conflicting due dates.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date:  November 6, 2017        Law Offices of Lawrence D. Rohlfing

                         By:   /s/ Denise Bourgeois Haley*
                               DENISE BOURGEOIS HALEY
                                  Attorney for Plaintiff
                               (*By e-mail authorization on 11/05/17)


Dated: November 6, 2017        PHILLIP A. TALBERT
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                         By:   /s/ Donna W. Anderson
                               DONNA W. ANDERSON
                               Special Assistant United States Attorney
                               Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED:

Dated: November 6, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE