PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| JUAN F. MENDOZA MENDEZ, | Case No. 2:17-cv-00332 AC |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until January 22, 2018. This is Defendant's second request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the government's

1

position due to conflicting due dates and use/lose leave.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date:  December 18, 2017        Law Offices of Lawrence D. Rohlfing

By:    /s/ Denise Bourgeois Haley*
       DENISE BOURGEOIS HALEY
         Attorney for Plaintiff
       (*By e-mail authorization on 12/18/17)


Dated: December 18, 2017        PHILLIP A. TALBERT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                          By:    /s/ Donna W. Anderson
                                DONNA W. ANDERSON
                                Special Assistant United States Attorney
                                Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED:

Dated: December 19, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE