McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| JUAN F. MENDOZA MENDEZ, ) | Case No. 2:17-cv-00332 AC |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER FOR AN EXTENSION OF |
| ) | TIME |
| NANCY A. BERRYHILL, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until February 22, 2018. This is Defendant's third request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the government's

position due to conflicting due dates and the uncertainty caused by the brief lapse in government funding.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

                                    Respectfully submitted,

Date:  January 23, 2018         Law Offices of Lawrence D. Rohlfing

                           By:  */s/ Denise Bourgeois Haley\**
                                   DENISE BOURGEOIS HALEY
                                   Attorney for Plaintiff
                                   (\*By e-mail authorization on 01/23/18)

Dated: January 23, 2018         McGREGOR W. SCOTT
                                   United States Attorney
                                   DEBORAH LEE STACHEL
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                           By:  */s/ Donna W. Anderson*
                                   DONNA W. ANDERSON
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

                                    ORDER

APPROVED AND SO ORDERED:

Dated: January 24, 2018                        _/s/ Allison Claire_
                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE